# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00538-CV

**In the Matter of J. P.**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT**
**NO. J-21,138, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING**

Following a hearing before the juvenile court, appellant J.P. was adjudged to have engaged in delinquent conduct by committing the offense of possession of marijuana. *See* Tex. Health & Safety Code Ann. ' 481.121 (West Supp. 2002). The juvenile court ordered him placed on probation in the custody of his grandmother and uncle for six months. J.P. gave notice of appeal from the disposition order. Tex. Fam. Code Ann. ' 56.01(c)(1)(B) (West Supp. 2002).

J.P.=s appointed counsel on appeal filed a brief asserting that the appeal is frivolous. The brief complies with the requirements for such briefs discussed in *In re D.A.S.*, 973 S.W.2d 296 (Tex. 1998), and, more generally, in *Anders v. California*, 386 U.S. 738 (1967). Counsel states that he has diligently examined the record and researched the law applicable to the facts and issues in the case. Counsel=s brief contains a professional evaluation of the record demonstrating why there are no meritorious errors to be advanced. A copy of counsel=s brief was delivered to J.P. and to his guardians, and they were advised of their right to examine the appellate record and to file a *pro se* brief. A *pro se* brief has not been

filed.  We have independently reviewed the record and agree with counsel that the appeal is frivolous.  We

grant counsel=s motion to withdraw from the case and affirm the juvenile court=s disposition order.


                                             Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Affirmed

Filed:   June 27, 2002

Do Not Publish